**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: February 09, 2010**

_____


```
                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF OHIO
                           WESTERN DIVISION


IN RE: Steven & Arthea Parker       :      CASE NO. 09-18128

                                    ;      CHAPTER 13

                                    :      JUDGE JEFFERY P. HOPKINS

       DEBTOR(S)
                                    :      PAYROLL DEDUCTION ORDER
```

The above named debtor Arthea Parker has commenced a Chapter 13 proceeding in the United States Bankruptcy Court.

It is ORDERED that Weltman, Weinberg & Reis, the (employer) deduct from the earnings of the debtor, Arthea Parker the sum of $699.23 bi-weekly beginning with the next pay day following the receipt of the order. The employer shall deduct a similar amount from each pay period thereafter.

The amount so deducted shall be sent to the Chapter 13 Trustee AT LEAST MONTHLY and shall include the employee name and case number. The employer is not authorized to deduct any administrative expense or service fee from this deduction.

FURTHER IT IS ORDERED THAT any bonus, funds or awards which the Debtor(s) receive, must, unless otherwise ordered by the Court, be turned over to the Trustee.

The Trustee's name and address is:

>OFFICE OF THE CHAPTER 13 TRUSTEE
>P.O. BOX 290
>MEMPHIS, TN  38101-0290

The employer may stop this payroll deduction only upon a Court order or written notice from the Chapter 13 Trustee.

The employer has twenty-one days from the entry of this order to file a written objection and request a hearing.

SO ORDERED


Copies to:

Default List

Weltman, Weinberg & Reis
525 Vine Street
Cincinnati, OH  45202

**###**

# CERTIFICATE OF NOTICE

```
District/off: 0648-1          User: pagem              Page 1 of 1              Date Rcvd: Feb 10, 2010
Case: 09-18128                Form ID: pdf01           Total Noticed: 2

The following entities were noticed by first class mail on Feb 12, 2010.
db/jdb        +Steven E Parker,   Arthea C Parker,   6610 Coffey Street,   Cincinnati, OH 45230-1413
              +Weltman, Weinberg & Reis,   525 Vine Street,   Cincinnati, OH 45202-3145

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2010**                              **Signature:** _Joseph Speetjens_